# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                    **NO. 3:14-CR-00085-DMB-SAA**

**ELVIS T. BROOKS**

## ORDER GRANTING MOTION FOR CONTINUANCE

On October, 2014, Defendant Elvis T. Brooks filed a motion [16] to continue the trial currently set for November 10, 2014, and related pretrial deadlines currently scheduled. Defendant represents as grounds for a continuance that an abundance of discovery material has been received, and his counsel has been unable to investigate and complete an adequate review of the same. A continuance is requested in order to allow defense counsel to meet with Defendant, complete the inspection of discovery material, prepare any necessary pretrial motions, and adequately prepare for trial. The motion submits that the requested relief is unopposed by the Government and is requested not for the purpose of delay, but so that justice may be done.

Upon consideration, the Court concludes that the ends of justice will be served by granting a continuance to allow Defendant's counsel sufficient time to investigate and review discovery, confer with Defendant, prepare pretrial motions, and prepare for trial. Accordingly, the motion for continuance is granted.

It is ORDERED that trial is hereby continued until **Monday, December 8, 2014**. The plea agreement deadline is reset for November 24, 2014; and the pre-trial motion deadline is reset for November 17, 2014. It is further ORDERED that the delay from this date until

commencement of such trial shall be excluded from all computations relative to the Speedy Trial

Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to Defendant.

      SO ORDERED, this the 3rd day of November, 2014.

**/s/ Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**